

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2021

No. 04-21-00280-CV

**IN THE INTEREST OF M.U.C.O., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11725
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **November 29, 2021**; however, no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court